IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMED GHARIBI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW *in his official capacity as Director of U.S. Citizenship and Immigration Services,* et al.<br><br>Defendants. | **CASE NO. 1:25-CV-02076 EPG**<br><br>**STIPULATION AND ORDER FOR FIFTH EXTENSION OF TIME** |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On December 31, 2025, Hamad Gharibi filed a complaint seeking relief under the Administrative Procedures Act and Due Process Clause relating to his filing of a Form N-400, Application for Naturalization. The parties previously stipulated to extend filing deadlines in the interest of allowing time for USCIS to schedule Plaintiff's naturalization interview. USCIS scheduled the interview and Plaintiff appeared on May 19, 2026. The agency subsequently issued a Request for Information ("RFE"). Responsive evidence is due on August 19th. The parties requested and received and extension through August 5, 2026; however, Plaintiff has not yet been able to submit this evidence, which is necessary to continue the adjudication process. In the interest of providing USCIS to review the evidence as it must before continuing the adjudicative process, and allowing the process to advance, the parties stipulate to extend the current August 5th deadline Defendants to file an answer or other responsive pleading through and including September 14, 2026. The parties further request that all other filing deadlines be similarly extended.

Based on the foregoing, the new deadline for Defendants to file an answer or other responsive pleadings is September 14, 2026. All other deadlines and proceedings are similarly extended for a similar period of time, including the Initial Scheduling Conference currently set for September 3, 2026.

DATED: August 2, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: *[/s/ Catherine J. Swann]*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: *[/s/ Curtis Morrison (as authorized on August 2, 2026)]*
CURTIS MORRISON
Counsel for Plaintiff Hamad Gharibi

ORDER

In light of the stipulation, the Court shall grant Defendants' request for an extension of time to file an answer or other responsive pleading and ORDERS Defendants to file such a response no later than September 14, 2026. Further, the currently set September 3, 2026, Initial Scheduling Conference shall be similarly extended and will be set for September 22, 2026, at 10:30 a.m. The parties are directed to file a joint status report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **August 4, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE