UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMED GHARIBI,<br><br>Plaintiffs,<br><br>v.<br><br>EDLOW, *et al.*<br><br>Defendants. | No. 1:25-cv-2076-EPG<br><br>ORDER GRANTING STIPULATION FOR STAY OF PENDING MOTION TO DISMISS AND AN EXTENSION OF ASSOCIATED PROCEEDINGS AND DEADLINES.<br><br>(ECF No. 27) |

On October 7, 2026, the parties filed a stipulation seeking a stay of the pending Motion to Dismiss (ECF No. 22) and the extension of associated deadlines (ECF No. 27). The stipulation provides the following:

> The parties hereby respectfully request a stay of the pending Motion to Dismiss (ECF 22) and an extension of associated deadlines. This case concerns Plaintiff's claims for relief under the Administrative Procedures Act and Due Process Clause relating to his filing of a Form N-400, Application for Naturalization ("Naturalization Petition"). ECF 1. On September 14, Defendants filed a Motion to Dismiss (ECF 22), which remains pending; the current deadline for Defendants to file their Reply brief is October 8, 2026. The parties have conferred regarding status of the subject Naturalization Petition and USCIS through agency counsel has agreed to adjudication of the application within sixty days, barring unforeseen circumstances, with Plaintiff to concurrently stipulate to a sixty-day stay of the pending Motion to Dismiss and associated deadlines, to include extension of the October 8th deadline for Defendants' Reply to Plaintiff's Opposition, as well as the hearing date. Accordingly, the parties hereby stipulate that the new date for Defendants to file their Reply to Plaintiff's Oppositon is December 7, 2026. The parties further request that the current hearing date and any other filing deadlines be similarly extended…

(*Id.*).

Upon consideration of the parties' stipulation, the Court HEREBY ORDERS as follows:

1. All current hearing and deadlines associated with Defendants' Motion to Dismiss (ECF No. 22) are hereby stayed and extended for a period of

approximately sixty (60) days.

2. The deadline for Defendants to file a Reply to Plaintiff's Opposition is December 7, 2026.

3. The hearing on Defendants' Motion to Dismiss, currently set for November 6, 2026, is VACATED and should a hearing be necessary, will be set following review of the parties' briefings.

IT IS SO ORDERED.

Dated: **October 7, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE